IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LARRY E. JACKSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PRISON HEALTH SERVICES, INC., et al., )<br>)<br>Defendants. ) | 4:04-CV-1693-RBP-PWG |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 1, 2005, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on August 22, 2005. Plaintiff reiterates his complaints and attaches copies of numerous medical grievance and medical complaint forms. Notably, the majority of the complaints contain the response from the medical staff which explain to the plaintiff what action has been or will be taken to address his medical problem.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 29th day of August, 2005.

*[signature: Robert B. Propst]*
_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**